# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

NEREIDA CINTRON,

      Plaintiff,

Case No. 3:21-cv-937-MMH-JBT

vs.

CREDIT CONTROL SERVICES, INC. d/b/a CREDIT COLLECTION SERVICES,

      Defendant.

_____/

## O R D E R

**THIS CAUSE** is before the Court <u>sua sponte</u>. This case is hereby transferred to the Honorable Gregory A. Presnell, United States District Judge, Middle District of Florida, Orlando Division, with his consent and to conduct all further proceedings.

**DONE AND ORDERED** in Jacksonville, Florida this 4th day of November, 2021.

*[signature]*

MARCIA MORALES HOWARD
United States District Judge

ja

- 2 -

Copies to:

Counsel of Record